costs and disbursements, plaintiffs' motion for summary judgment denied, with ten dollars costs, and defendant's motion to dismiss plaintiffs' first and second causes of action granted, with ten dollars costs. Plaintiffs may serve an amended complaint within ten days from the entry of the order herein if they be so advised. The first and second causes of action do not state facts sufficient to constitute a cause of action. (*Reife* v. *Osmers*, 252 N. Y. 320.) The denials of the third cause of action and the defense thereto are sufficient. Lazansky, P. J., Young, Hagarty and Tompkins, JJ., concur; Scudder, J., dissents as to the determination in connection with the third cause of action.

UNITED STATES BOND AND MORTGAGE CORPORATION, Appellant, v. HELEN E. LAUGHLIN, Respondent. "JOHN DOE," Said Name Being Fictitious, etc., Defendant. (Appeal No. 1.) — Order dated January 26, 1931, denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

UNITED STATES BOND AND MORTGAGE CORPORATION, Appellant, v. HELEN E. LAUGHLIN, Respondent, and "JOHN DOE," Said Name Being Fictitious, etc., Defendant. (Appeal No. 2.) — Order granting motion of defendant Laughlin and resettling order of January 26, 1931, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

JOHN L. WELSCH, Respondent, v. JOSEPH C. McCARTHY, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

JOHANNA WISNIEWSKI, an Infant, by JOHN WISNIEWSKI, Her Guardian ad Litem, Respondent, v. JOSEPH C. McCARTHY, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

EMELOID Co., INC., v. CORALITE, INC., Defendant, and EQUITABLE CASUALTY AND SURETY COMPANY, Appellant.— Application denied, with ten dollars costs.

GEORGE A. WILSON, Respondent, v. TALMAGE D. KING and EMANUEL HOUSE, a Christian Community Center, a Domestic Corporation (Religious), Appellants.— Application for reargument of motion denied.

ERNA BAER, Appellant, v. HEDWIG FELDRAPP, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

H. BATTERMAN Co., INC., Appellant, v. IDA FOX LANDAY, Respondent, and Others, Defendants.— Motion to continue injunction pending appeal granted upon condition that appellant perfect the appeal for Friday, April 10, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

RUTH GLASSER, Respondent, v. ABRAHAM GLASSER, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Application of HARRIET M. ELLIS for Payment of Award